# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | JOHN DAVID & MICHELLE LYNN THOMPSON |
| **Case Number:** | 2:11-bk-32864-RJH     **Chapter:** 7 |
| **Date / Time / Room:** | WEDNESDAY, APRIL 17, 2013 11:00 AM   6TH FLOOR #603 |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES |
| **Courtroom Clerk:** | |
| **Reporter / ECR:** | N/A |

## Matter:

ADV: 2-12-00642

**CURT STALL vs MICHELLE LYNN THOMPSON & JOHN DAVID THOMPSON**

PRE-TRIAL STATUS CONFERENCE ON COMPLAINT TO DETERMINE DISCHARGEABILITY

**R / M #:**   25 / 0

**VACATED:** Motion for Summary Judgment Filed -  Status hearing continued pending MSJ hearing

## Appearances:

NONE

## Proceedings:

VACATED: Motion for Summary Judgment Filed -  Status hearing continued pending MSJ hearing